UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **BENNON L. MOORE** | **CIVIL ACTION NO.   09-0734** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **MICHAEL J. ASTRUE, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's Petition for Attorney Fees [Doc. No. 15] is hereby GRANTED and that the Commissioner is ordered to remit to Plaintiff's counsel a check made payable to Plaintiff BENNON L. MOORE for attorney's fees in the amount of $ 5,235.00 (34.9 hours at $ 150.00 per hour) plus expenses and costs totaling $584.93.

MONROE, LOUISIANA, this 17th day of November, 2010.

*/s/ Robert G. James*
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE